## Bailey's Estate (No. 2).

OPINION BY MR. JUSTICE KEPHART, January 3, 1923:

The decision in this case follows the preceding one.

The record is remitted with directions to order the sale of the property in accordance with the prayer of the petition.

Decree reversed, with procedendo.